Chase Berger, Esq. (24115617)
GHIDOTTI BERGER, LLP
600 E. John Carpenter Fwy., Ste. 175
Irving, TX 75062
Ph: ((972) 893-3096
Fax: (949) 427-2732
bknotifications@ghidottiberger.com

**Attorneys for Movant,**
Carvana, LLC, its successors and assigns

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | CASE NO.: 20-32559-sgj7 |
| | § | |
| **John Kevin Winters,** | § | CHAPTER 7 |
| | § | |
| **DEBTOR,** | § | Hearing: |
| | § | Date: February 4, 2021 |
| | § | Time: 1:30 p.m. |
| **Carvana, LLC,** | § | |
| **its successors and assigns,** | § | |
| | § | |
| **MOVANT,** | § | |
| | § | |
| **John Kevin Winters, and** | § | |
| **Scott M. Seidel, Trustee,** | § | |
| | § | |
| **RESPONDENTS.** | § | |
| | § | |
| | § | |
| | § | |
| | § | |

## NOTICE OF PRELIMINARY HEARING ON MOVANT'S
## MOTION FOR RELIEF FROM AUTOMATIC STAY AGAINST THE PROPERTY

**PLEASE TAKE NOTICE** that the hearing on MOTION FOR RELIEF FROM

AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(a) AS TO 2016 BUICK VERANO VIN

#1G4PS5SK0G4130525 ("Vehicle") AND WAIVER OF THE THIRTY DAY REQUIREMENT

PURSUANT TO 11 U.S.C. § 362(e) has been scheduled for **February 4, 2021, at 1:30 p.m.**, before

the Honorable Stacey G. Jernigan, United States Bankruptcy Judge for the Northern District of Texas,

at 14th Floor, Courtroom #1, 1100 Commerce St., Dallas, TX 75242-1496.

Dated: January 7, 2021

Respectfully submitted,

/s/ Chase Berger
Chase Berger, Esq.
State Bar No.: 24115617
600 E John Carpenter Fwy., Ste. 175
Irving, TX 75062
Tel: (972) 893-3096
Fax:  (949) 427-2732
bknotifications@ghidottiberger.com
**COUNSEL FOR MOVANT**